# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 22, 2014

_____

RULE 46 NOTICE
DOCKETING FORMS

_____

No.    14-1890,         Columbia Gas Transmission, LL v. Kenneth Bosley
                        1:14-cv-00220-JFM

TO:    Carolyn Elefant

**FORMS DUE: 11/06/2014**

The court has not received the form(s) checked below, which it previously directed be filed. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[X] **Docketing statement** required

[X] **Disclosure of corporate affiliations** required

[X] **Appearance of counsel** required (efiler status required)

[X] **Transcript order form** (if transcript necessary)


Barbara H. Rowe, Deputy Clerk
804-916-2704